UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH KASCHYK,

     Plaintiff,

v.                                                            CASE NO.: 8:12-cv-894-T-23TBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

     Defendant.

_____/

## **ORDER**

On December 31, 2013, Magistrate Judge McCoun issued a report (Doc. 17) finding that the ALJ's decision in this social security appeal comports with the applicable legal standards and enjoys substantial evidentiary support.

The time Local Rule 6.02 permits for an objection expired, and Kaschyk submits nothing. Magistrate Judge McCoun's report and recommendation is thorough and well-reasoned. Consequently, the report and recommendation (Doc. 17) is **ADOPTED** and the decision of the Acting Commissioner of Social Security is **AFFIRMED**.

The clerk will (1) enter judgment in favor of the Acting Commissioner of Social Security, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on January 21, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE